UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| | MAGISTRATE NO. 23-MJ-255 |
| v. | VIOLATIONS: |
| | |
| MARKQUETTE COWAN, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) |
| also known as "Quette," | (Possession With the Intent to Distribute |
| also known as "Lil Why," | Marijuana) |
| | 18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | (Using, Carrying, and Possessing a |
| | Firearm During, in Relation to, and in |
| | Furtherance of a Drug Trafficking |
| | Offense) |
| | |
| | FORFEITURE: |
| | 18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 |
| | U.S.C. § 2461(c)) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 14, 2023, within the District of Columbia, **MARKQUETTE COWAN**, also known as "Quette," also known as "Lil Why," knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D)).

## COUNT TWO

On or about September 14, 2023, within the District of Columbia, **MARKQUETTE COWAN**, also known as "Quette," also known as "Lil Why," did unlawfully and knowingly use and carry firearms, to wit a Masterpiece Arms 9mm "Mac 11" handgun and a Glock, Model 23, .40 caliber semi-automatic handgun, during and in relation to, and did knowingly possess said firearm in furtherance of, a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein.

**(Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i)).**

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, **MARKQUETTE COWAN**, also known as "Quette," also known as "Lil Why," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2.  Upon conviction of the offenses alleged in Count Two of this Indictment, **MARKQUETTE COWAN**, also known as "Quette," also known as "Lil Why," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

(a) Masterpiece Arms 9mm "Mac 11" handgun bearing serial number FX 38253, seized on September 14, 2023;

(b) Glock, Model 23, .40 caliber semi-automatic handgun bearing serial number BWTS053, seized on September 14, 2023;

(c) Remington 870, pump-action 12-gauge shotgun, seized on September 14, 2023;

(d) 9mm ammunition seized on September 14, 2023;

(e) .40 caliber ammunition seized on September 14, 2023;

(f) 12-guage shotgun shells seized on September 14, 2023;

(g) 7.62 x 39mm ammunition seized on September 14, 2023;

(h) .300 caliber ammunition seized on September 14, 2023;

(i) Tactical body armor seized on September 14, 2023;

(j) Tactical helmet seized on September 14, 2023.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

3

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.


*[signature]*

Attorney of the United States in
and for the District of Columbia.