IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00379-ABJ |
| | : | |
| MARKQUETTE COWAN, | : | |
| Defendant. | : | |

## **MOTION TO WITHDRAW AS COUNSEL**

Comes now counsel for the defendant, MARKQUETTE COWAN, and moves this Honorable Court for leave to withdraw as counsel.  The request is predicated on the financial hardship to counsel by the continued representation of the defendant pursuant to the Criminal Justice Act. In support of which counsel states the following:

1. Undersigned counsel was appointed to represent the defendant in the above-styled matter pursuant to the Criminal Justice Act, Title 18 U.S.C. sec. 3006(A).

2. Since 1995, counsel has accepted appointments under the Criminal Justice Act to represent indigent defendants.

3. Counsel is a partner in a small private law firm.

4. That since approximately 2021 counsel has experienced extraordinary delays in receiving compensation for work performed pursuant to court-appointed matters before this Honorable Court.

5. That the delay in receiving payment for services rendered has placed a tremendous financial hardship on counsel's ability to sustain his law firm.  These delays sometimes have reached more than two years.  At times, the amounts payable to counsel has exceeded $250,000.00. Currently, the amount payable is approximately $200,000.00.

6. Upon information and belief, that since July 2025, no payments are being made to counsel under the Criminal Justice Act due to a congressional budget impasse. Further it is uncertain when payments will resume.

7. The attorney for the United States has advised this Honorable that a second superseding indictment has been returned under seal by the grand jury. Upon information and belief, this new indictment adds a co-defendant. Further, this Honorable Court recently appointed substitute counsel for yet another co-defendant.

8. Considering the second superseding indictment and the need for newly appointed counsel for his co-defendant to prepare, undersigned counsel anticipates the current trial date of October 6, 2025, will be continued. By minute order, the court converted and continued the final pretrial conference set for September 19, 2025, to September 26, 2025, for arraignment on the second superseding indictment.

9. The arraignment on the second superseding indictment is now scheduled approximately 10 days before the scheduled commencement of trial. It is unlikely the current trial date can be maintained.

10. A continuance of the current trial date would permit new counsel for Mr. Cowan to enter the matter and adequately prepare for trial.

11. Undersigned counsel cannot financially afford to continue to serve as court-appointed counsel in this matter.

12. Granting this motion at this juncture would not prejudice the defendant.

13. Granting this motion at this juncture would not prejudice the government.

14. Granting this motion would relieve undesigned counsel from the economic hardship continued representation pursuant to the Criminal Justice Act presents. Counsel has

enjoyed representing Mr. Cowan as well as other indigent defendants before this Honorable Court. However, counsel can no longer endure the financial hardship associated with serving in a court-appointed capacity.

Respectfully submitted,

MARKQUETTE COWAN
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MARKQUETTE COWAN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on September 17, 2025, and via U.S. Mail to:

Markquette Cowan, DCDC 386 482
Central Detention Facility
1901 D Street, SE
Washington, DC 20001.


_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.:  CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MARKQUETTE COWAN