**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MARKQUETTE RAJON COWAN,** | : | **CRIMINAL NO. 23-CR-379 (ABJ)** |
| also known as "Quette," | : | |
| also known as "Lil Why," | : | |
| | : | |
| **CHRISTOPHER JORDAN BROADY,** | : | |
| also known as "Suave," | : | |
| also known as "Swerve," | : | |
| | : | |
| **JOSHUA NICHOLAS STEPHENSON,** | : | |
| also known as "Migo," | : | |
| also known as "3igo," | : | |
| | : | |
| **LARRY DUNCAN,** | : | |
| also known as "Larry Love," | : | |
| also known as "Love," | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

The Cour is in receipt of the United States of America's Amended Motion for Additional Courtroom Security Measures at Trial. Good cause having been shown, the Motion is hereby **GRANTED**.

It is hereby **ORDERED** that once jury selection is completed and the trial begins, no cellular telephones, laptop computers, tablets, or other devices capable of sending and receiving messages, except those belonging to counsel of record, the case agent, investigator(s), and paralegals for the United States, and paralegals for each of the defendants, will be permitted inside the courtroom during trial.

1

It is further **ORDERED** that the Defendants must not be permitted to use, possess, or have unfettered access to cellular telephones, laptop computers, or any other device capable of sending or receiving messages. The devices brought into the courtroom by the defense team must remain within the sole custody and control of the defense team at all times.

**SO ORDERED** this ___ of June, 2026.

_____
HON. AMY BERMAN JACKSON
United States District Court Judge